**Order filed March 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00012-CV

_____

## IN THE INTEREST OF C.T.G. & A.D.G, CHILDREN

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 321010312**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 312th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On January 11, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c).

On January 30, 2018, appellant filed a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in this court. On February 15, 2018, this court deemed appellant indigent for purposes of the appellate filing fee only. *See* Tex. R. App. P. 20.1. Appellant was informed that a Statement of Inability to Afford Payment of Court Costs must be separately filed in the trial court to obtain the clerk's record and reporter's record without payment of costs. *See* Tex. R. Civ. P. 145.

Appellant has not demonstrated to this court that she has paid for the reporter's record or that she is entitled to obtain the reporter's record without payment of costs pursuant to Rule 145 of the Texas Rules of Civil Procedure.

Accordingly, we order appellant to file a brief in this appeal **within 30 days** of the date of this order.  If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Busby, Brown, and Jewell.